MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX: 562/432-2935

JS-6

Attorneys for Plaintiff ERNEST ROGERS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST ROGERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: CV 10-5821 OP<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

　　Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: 1/31/11

_____
UNITED STATES MAGISTRATE JUDGE

-1-